Thomas F. DiPaolo / SBN 156779
DIPAOLO & ASSOCIATES, APC
9820 Willow Creek Road, Suite 200
San Diego, California 92131-1112
Telephone / (858) 408-0621
Facsimile / (858) 547-4691
E-Mail / DiPaoloLaw@gmail.com

Karl Steins / SBN 179418
STEINS & ASSOCIATES
2333 Camino Del Rio South, Suite 120
San Diego, California 92108
Telephone (619) 692-2004
Facsimile (619) 692-2003
E-Mail / karl@steins-patents.com

Attorneys for Plaintiff Oasis Products, Inc.

FILED

08 JUN 17 PM 1: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY          CP          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS PRODUCTS, INC., a California corporation,<br><br>Plaintiff<br>v.<br><br>BACKYARD X-SCAPES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: '08 CV 1071 BEN POR<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION<br><br>DEMAND FOR JURY TRIAL |

## JURISDICTION AND VENUE

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 USC §§ 101 *et seq.* This court has jurisdiction of this action under 28 USC §§ 1331, 1338(a) and 1338(b).

/ / / / /

1

2. Venue in this District Court is proper under 28 U.S.C. 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within the Southern District of California, and one or more defendants reside within this judicial district.

## THE PARTIES

3. Plaintiff Oasis Products, Inc. ("Oasis") is a California corporation with its principal place of business located in Murrieta, California. Oasis creates, manufactures and markets manufactured sculptured waterfalls, fountains and other products used in residential and commercial landscaping applications. Oasis' products are sold through direct and wholesale markets.

4. Defendant Backyard X-Scapes, Inc. ("Backyard X-Scapes") is, and at all times mentioned was, a California corporation with its principal place of business located in San Diego, California. Backyard X-Scapes is engaged in the business of marketing, among other things, artificial waterfalls and fountains, and other products used in residential and commercial landscaping applications. For many years Backyard X-Scapes has purchased products from Oasis (including the products which Oasis claims have been infringed) for resale.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants named as DOES 1 through 10, inclusive, are unknown to Oasis, which is informed and believes each of these fictitiously named defendants is in some way liable to Oasis on the claims below. Therefore, Oasis sues these defendants by fictitious names and will move to amend this complaint to show the true names and capacities of these fictitiously named defendants when it has ascertained them.

6. Oasis is informed and believes, and thereon alleges, that each of the defendants named was the agent and/or employee of each of the remaining defendants, and was at all times herein, acting within the scope and purpose of such agency and/or employment and with the consent, authorization, permission and ratification of the remaining co-defendants and each of them.

////
////

## FIRST CLAIM FOR RELIEF – COPYRIGHT INFRINGEMENT

7. This action arises under Title 17 U.S.C. 501 et. seq.

8. In or about 1994, Waterfall Oasis, Inc. (a since-dissolved California corporation) designed and created an original fountain sculpture which it referred to as "Paradise Falls." Paradise Falls was the original effort of Waterfall Oasis, Inc., and represented the use of its skill, judgment and labor. A photograph of an example of the Paradise Falls fountain is shown in Figure 1.



Figure 1 - Paradise Falls

9. Waterfall Oasis, Inc., duly copyrighted its Paradise Falls work with the United States Copyright Office in Washington DC, which accepted Waterfall Oasis, Inc.'s submission and issued a certificate of copyright registration to Waterfall Oasis, Inc. Waterfall Oasis, Inc., has subsequently received confirmation of the following Registration No. VA-0001089384 from the U.S. Copyright Office ("the Paradise Falls Copyright").

10. Waterfall Oasis, Inc., has since entered into an assignment agreement under which it assigned all of its right, title and interest in and to the Paradise Falls Copyright to Oasis. Oasis is the current owner of the entire right, title and interest in the Paradise Falls Copyright, and in the registrations of the copyright to that fountain sculpture.

11. In or about 1994, Waterfall Oasis, Inc., designed and created an original fountain sculpture which it referred to as "Sedona Falls." Sedona Falls was the original effort of Waterfall Oasis, Inc., and represented the use of its skill, judgment and labor. A photograph of an example of the Sedona Falls fountain is shown in Figure 2.



Figure 2 - Sedona Falls

12. Waterfall Oasis, Inc., duly copyrighted its Sedona Falls work with the United States Copyright Office in Washington DC, which accepted Waterfall Oasis, Inc.'s submission and issued a certificate of copyright registration to Waterfall Oasis, Inc. Waterfall Oasis, Inc., has

////

subsequently received confirmation of the following Registration No. VA-0001089381 from the U.S. Copyright Office ("the Sedona Falls Copyright").

13. Waterfall Oasis, Inc., has since entered into an assignment agreement under which it assigned all of its right, title and interest in and to the Sedona Falls Copyright to Oasis. Oasis is the current owner of the entire right, title and interest in the Sedona Falls Copyright, and in the registrations of the copyright to that fountain sculpture.

14. Oasis is informed and believes that defendants knowingly and willfully committed various and separate acts of infringement including, but not limited to, utilizing samples of Oasis' Paradise Falls fountain and Sedona Falls fountain to create molds with the intent to make exact duplicates of those fountains; manufacturing duplicate, knock-off fountains which are identical to the Paradise Falls and Sedona Falls fountains; marketing and selling exact duplicates of Oasis' Paradise Falls and Sedona Falls fountains under the product names "Malia Falls" and "Waimea Falls" to consumers and contractors through its own retail/wholesale locations within San Diego County and elsewhere, and Home Depot retail outlets throughout California, Texas and elsewhere within the United States; and knowingly releasing infringing product into the stream of commerce. Each of the foregoing acts by defendants was for the specific purpose of infringing Oasis' copyrights. Photographs of examples the infringing Malia Falls and Waimea Falls products are shown below in Figures 3 and 4, respectively.

 

Figure 4 - Malia Falls    Figure 3 - Waimea Falls

15. Oasis is informed and believes that since as early as April 2007, defendants have been reproducing, distributing, promoting and offering for sale illegal and unauthorized copies of Oasis' Paradise Falls and Sedona Falls fountains. Oasis is informed and believes the pervasive

and numerous separate acts of infringement by defendants has taken many different forms at various times, all of which occurred after Waterfall Oasis, Inc., obtained its registration of the Sedona Falls Copyright and Paradise Falls Copyright from the United States Copyright Office.

16. By their actions alleged above, defendants have infringed and will continue to infringe Oasis' copyrights in and relating to the Sedona Falls and Paradise Falls fountains by producing, distributing, and placing into the market products which are direct copies of Oasis' copyrighted fountains.

17. Oasis is entitled to an injunction restraining defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

18. Oasis is further entitled to recover from defendants the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by defendants as a result of defendants' acts of infringement as alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Oasis but are believed to be in excess of $500,000.

**SECOND CLAIM FOR RELIEF – UNFAIR COMPETITON**

19. Oasis realleges and incorporates by reference paragraphs 1 through 18, above, as though set forth in full at this point.

20. Defendants, by their unauthorized appropriation, use and copying of Oasis' original fountain sculptures, have engaged, and are continuing to engage, in acts of wrongful deception of the purchasing public, wrongful designation as to the source and sponsorship of goods, wrongful deprivation of Oasis' good name and reputation, and the wrongful deprivation of Oasis' right to public recognition and credit as the designer and owner of the Paradise Falls and Sedona Falls fountain designs.

21. Oasis' action concerning defendant' unfair competition is related to Oasis' substantial copyright infringement action since both claims are based on the same operative facts.

22. Since at least April 2007, and continuously after that date, defendants have been copying, creating, manufacturing, selling and marketing its Waimea Falls fountain and Malia

Falls fountain, resulting in consumer confusion as to the source and origin of those fountain sculpture designs. Such conduct constitutes an unfair trade practice and unfair competition under the Lanham Act and California Business & Professions Code §17200, *et seq*. These acts of unfair competition and unfair trade practices against oasis have caused Oasis to incur monetary damages due to, among other things, lost sales of its products.

WHEREFORE, Oasis prays for a judgment against defendants for:

1. A preliminary injunction enjoining defendants and their directors and officers, agents, servants and employees from infringing in any manner the copyrights of Oasis in the Paradise Falls and Sedona Falls fountain sculptures, and from manufacturing, marketing, distributing, selling, wholesaling or otherwise causing any of defendants' Waimea Falls and Malia Falls fountains to enter the stream of commerce during the pendency of this action;

2. A permanent injunction enjoining defendants and their directors and officers, agents, servants and employees from infringing in any manner the copyrights of Oasis in the Sedona Falls and Paradise Falls fountain designs, and from manufacturing, marketing, distributing, selling, wholesaling or otherwise causing any of defendants' Waimea Falls and Malia Falls fountains to enter the stream of commerce following a final decision in this action;

3. An accounting for, and payment to Oasis of all of the following sums:

    a. All gains, profits and advantages derived by defendants as a result of their unfair trade practices and unfair competition; and

    b. All gains, profits and advantages derived by defendants as a result of their infringement of Oasis' copyrights;

4. Damages in a sum to be determined at trial, or such damages as the court shall deem proper and within the provisions of the copyright statutes;

5. The delivery by defendants, their directors and officers, agents, employees and all holding with, through or under them, or anyone acting on their behalf, to be impounded during the pendency of this action, all of the articles alleged to infringe copyrights of Oasis in the Sedona Falls and Paradise Falls fountain designs;

////

6. The delivery by defendants, their directors and officers, agents, employees and all holding ways, through or under them, or anyone acting on their behalf, for destruction following a final decision in the action, of all infringing copies or devices, as well as all plates, molds and other means for making infringing copies or devices;

7. That defendants, their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined to recall from all distributors, wholesalers, retailers, and all others known to defendants, any fountain sculptures shown by the evidence to infringe any copyright in Oasis's Sedona Falls and/or Paradise Falls fountains;

8. Additional damages in a sum to be determined at trial for the unfair and deceptive trade practices of defendants;

9. An order that defendants be required to file with the court and to serve on Oasis, within 30 days after service of the court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which defendants have complied with the court's order;

10. Damages for Oasis and against defendants for Oasis' actual damages according to proof, and for any profits attributable to infringements of Oasis' copyrights according to proof at trial;

11. Statutory damages based upon defendants' acts of infringement, pursuant to 17 USC §§ 101, et seq.;

12. For reasonable attorneys' fees according to proof at trial;

13. For costs of suit; and

14. For such further relief as the court deems just

Dated: June 17, 2008                                DIPAOLO & ASSOCIATES, APC

                                                    _____
                                                    THOMAS F. DiPAOLO
                                                    Attorneys For Plaintiff Oasis Products, Inc.

## DEMAND FOR JURY TRIAL

Oasis hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: June 17, 2008                                    DIPAOLO & ASSOCIATES, APC

*[signature]*

THOMAS F. DiPAOLO
Attorneys For Plaintiff Oasis Products, Inc.

```
         UNITED STATES
         DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

      # 152010       - TC

         June 17, 2008
            13:23:53


         Civ Fil Non-Pris
   USAO #.: 08CV1071
   Judge..: ROGER T BENITEZ
   Amount.:                $350.00 CK
   Check#.: BC5219



         Total->   $350.00


   FROM: OASIS PRODUCTS, INC
         VS.
         BACKYARD X-SCAPES, INC
```

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
OASIS PRODUCTS, INC.

**(b)** County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
DiPaolo & Associates, APC / (858) 408-0621
9820 Willow Creek Rd., Ste 200, San Diego, CA 92131

## DEFENDANTS
BACKYARD X-SCAPES, INC.

FILED
08 JUN 17 PM 1:24
SOUTHERN DISTRICT OF CALIFORNIA

County of Residence of First Listed Defendant: **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
**08 CV 1071 BEN POR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**17 USC §§ 101 et seq.**
Brief description of cause:
**Copyright infringement and unfair competition**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **500,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **06/17/2008**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # **152010** AMOUNT **$350** APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

TAC 6/17/08

CR

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv1071 | DATE FILED<br>6/17/08 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>Oasis Products, Inc. | | DEFENDANT<br>Backyard X-Scapes, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA-0001089384 | The Paradise Falls Copyright | Waterfall Oasis, Inc. |
| 2 VA-0001089381 | The Sedona Falls Copyright | Waterfall Oasis, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights   Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights
Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights   Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal
Copy 5 - Case file copy