Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

'08 JUN 17 PM 1:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

OASIS PRODUCTS, INC., a California corporation

vs

BACKYARD X-SCAPES, INC., a California Corporation; and DOES 1 through 10, inclusive

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1071 BEN POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas DiPaolo / SBN 156779
DIPAOLO & ASSOCIATES, APC
9820 Willow Creek Road, Suite 200
San Diego, CA  92131

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        JUN 17 2008
CLERK                                        DATE

By  C. RUHMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)