**OASIS PRODUCTS, INC. vs. BACKYARD X-SCAPES, INC.**
**US District Court, Southern District of California Case No. 08 CV 1071 BEN POR**

### *PROOF OF SERVICE*

      I, Gregory W. Koehler, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California and my business address is:

GREGORY W. KOEHLER, ATTORNEY AT LAW, CBN 171208
937 South Coast Highway, Suite 208, Encinitas, California 92024

Telephone (760) 633-1803 / Facsimile 760 633-3349

      On July 8, 2008 I caused to be served the following documents(s):

      1.    **ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT**
                **AND DEMAND FOR TRIAL BY JURY**

**to:**

**Thomas F. DiPaolo**
**DiPaola & Associates, APC**
**9820 Willow Creek Rd., Ste. 200**
**San Diego, CA 92131**
**email: DiPaoloLaw@gmail.com**

**Attorney for plaintiff Oasis Products, Inc.**


__√__         (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM** )
                In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

__√__         (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.


Executed July 8, 2008, at Encinitas, California,


                            By:    */s/ Gregory Koehler*

                                   Gregory W. Koehler, Esq.
                                   [email: calif1attorney@yahoo.com]