UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS PRODUCTS, INC., a California corporation,<br><br>             Plaintiff,<br><br>  v.<br><br>BACKYARD X-SCAPES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>             Defendant. | Civil No.   08cv1071-BEN (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE** |

On August 26, 2008, the Court held an Early Neutral Evaluation Conference. Plaintiff's representative Michael Lowrie appeared on behalf of Plaintiff Oasis Products, Inc. with Karl Stein, Esq., and Tom DiPaolo, Esq., as counsel, and Gregory Koehler, Esq., appeared on behalf of Defendant Backyard X-Scapes, Inc. Defendants and Defendant's representative failed to appear. The case did not settle. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

  1. The Rule 26(f) conference shall be completed on or before **September 19, 2008**.

  2. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before **October 1, 2008**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

  3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **October 10, 2008**.

1     4.     A Settlement Conference shall be held on **October 15, 2008** at **10:00 a.m.** in the Honorable Louisa S Porter's Chambers, First Floor, 940 Front Street, San Diego, California. **All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference**. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

    5.     Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

    6.     Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: August 28, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Roger T. Benitez
        all parties