UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS PRODUCTS, INC., a California corporation,<br><br>                                              Plaintiff,<br><br>           v.<br><br>BACKYARD X-SCAPES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                                              Defendant. | Civil No.   08cv1071-BEN (POR)<br><br>**ORDER TO SHOW CAUSE** |

To Defendant and Defendant's counsel: You are hereby ordered to show cause why sanctions should not issue against you and each of you for failure to comply with a valid court order. By order dated July 23, 2008, the Court ordered, "all counsel, all parties, and any other persons(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference, shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation Conference." At the Early Neutral Evaluation held on August 26, 2008, no representative of Defendant appeared, resulting in a frustration of the purpose and nature of such conference and requiring the scheduling of another conference.

//

//

//

//

1 | The show cause hearing will be held on **October 15, 2008** at **1:30 p.m.** in Courtroom H, U.S.
2 | District Courthouse, 940 Front Street, San Diego, CA, before the Honorable Louisa S Porter. The
3 | parties shall comply with the briefing schedule set forth in Local Civil Rule 7.1.
4 | **IT IS SO ORDERED.**
5 | DATED: August 28, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

9 | cc:        The Honorable Roger T. Benitez
           all parties